UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARRA PARKER-LILES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STEVEN GARCIA, et al.,<br><br>        Defendants. | Case No. 15-cv-00110-KAW<br><br>**REPORT AND RECOMMENDATION TO TRANSFER CASE TO EASTERN DISTRICT OF CALIFORNIA; ORDER REASSIGNING CASE** |

The above-captioned case was improperly filed in the United States District Court for the Northern District of California. Because Defendants did not consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c), this case shall be reassigned to a district judge.

Plaintiff's claims arise from events that occurred in Solano County, which is located in the Eastern District of California. Accordingly, the undersigned recommends that the district judge order the clerk to TRANSFER this action to the United States District Court for the Eastern District of California, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(b), 1391(b), 1406(a).

Any party may file objections to this report and recommendation with the district judge within 14 days of being served with a copy. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b); N.D. Civil L.R. 72-3. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

**IT IS SO RECOMMENDED.**

Dated: 04/07/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge