UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARRA PARKER- LILES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN GARCIA, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00110-WHO<br><br>**ORDER ADPOTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO EASTERN DISTRICT OF CALIFORNIA**<br><br>Re: Dkt. No. 12 |

On April 7, 2015, Judge Westmore issued a Report and Recommendation that this case be transferred to the Eastern District of California, because a substantial part of the events or omissions giving rise to the claims occurred there. Dkt. No. 12. The parties had until April 21, 2015 to file objections to Judge Westmore's report.  No objections were filed by that date.

Judge Westmore's Report and Recommendation is ADOPTED.  This case is hereby TRANFERRED to the Eastern District of California.

**IT IS SO ORDERED**.

Dated: April 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge