DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
STEVEN GARCIA and SHANE RAFTERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| CIARRA PARKER-LILES, an individual; MARQUITA FIGURES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN GARCIA, individually and in his capacity as an officer for the Fairfield Police Department; SHANE RAFTERY, individually and in his capacity as an officer for the Fairfield Department; DOES, 1-10, inclusive, individually and in their capacities as officers for the Fairfield Police Department,<br><br>Defendants. | Case No.: 2:15-cv-00894-MCE-KJN<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

On June 6, 2016, the parties filed a stipulated protective order (ECF No. 24). The order is hereby GRANTED, except that, pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over enforcement of the terms of the stipulated protective order after this action is terminated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

102928.1