UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARRA PARKER-LILES et al., | No. 2:15-cv-00894-KJN |
| Plaintiffs, | |
| v. | ORDER |
| STEVEN GARCIA et al., | |
| Defendants. | |

On January 21, 2020, this case was referred to the undersigned for all purposes pursuant to 28 U.S.C. § 636(c). (ECF No. 56.) In light of the case being reassigned, an informal telephonic status conference is set for February 6, 2020, at 9:30 a.m. The parties are instructed to call 5 minutes prior to the hearing into the conference line 1-888-363-4734 and use the access code 1245690 plus # and the security code 4223 plus # when prompted.

By Thursday January 30, 2020, the parties are to file a brief status report with the court addressing any concerns not addressed in the prior status reports (ECF Nos. 46, 48), including, but not limited to, whether a trial schedule similar to the one contained in the court's prior order (ECF No. 50) is appropriate, and whether a further settlement conference would be beneficial.

IT IS SO ORDERED.

Dated: January 27, 2020

/parker.894

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1