LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

LAW OFFICES OF JOHN L. BURRIS
DEWITT M. LACY, Esq. (SBN 258789)
K. CHIKE ODIWE, Esq. (SBN 315109)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiffs
CIARRA PARKER-LILES
MARQUITA FIGURES

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
STEVEN GARCIA and SHANE RAFTERY

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

CIARRA PARKER-LILES, an individual; MARQUITA FIGURES, an individual,

Plaintiffs,

v.

STEVEN GARCIA, individually and in his capacity as an officer for the Fairfield Police Department; SHANE RAFTERY, individually and in his capacity as an officer for the Fairfield Police Department; DOES, 1-10, inclusive, individually and in their capacities as officers for the Fairfield Police Department,

Defendants.

Case No.: 2:15-cv-00894-KJN

**STIPULATION AND ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

Hon. Kendall Newman

Date: July 13, 2020
Time: 9:00 a.m.
Ctrm: 25

Plaintiffs, CIARRA PARKER-LILES and MARQUITA FIGURES (“Plaintiffs”), by and though their respective counsel, and defendants STEVEN GARCIA and SHANE RAFTERY (“Defendants”), by and through their respective counsel, hereby stipulate as follows:

1. Whereas this matter is currently set for a jury trial on August 14, 2020, at 9:00 a.m., before the Honorable Kendall Newman in Courtroom No. 25 of the above-entitled Court;
2. Whereas this matter is currently set for a final pretrial conference on July 13, 2020, at 10:00 a.m., before the Honorable Kendall Newman in Courtroom No. 25 of the above-entitled Court;
3. Whereas a joint pretrial statement, exhibit list, witness list, trial brief, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms were due on June 15, 2020;
4. Whereas the parties confirmed with the Courtroom Deputy that the above-entitled Courthouse is currently closed with no set date to reopen due to the COVID-19 health crisis;
5. Whereas the parties have conferred and have agreed to continue trial in this matter and as such agree, by and through their respective counsel, to the following dates:

a. Trial date: October 5, 2020

b. Final pretrial conference: September 7, 2020

c. Date to submit a joint pretrial statement, exhibit list, witness list, trial brief, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms: August 10, 2020.

IT IS HEREBY STIPULATED that good cause exists to continue the trial in this matter as described above.

IT IS SO STIPULATED.

Dated: June 29, 2020

LAW OFFICES OF JOHN L. BURRIS

By: *__/s/ Dewitt M. Lacy__*
JOHN L. BURRIS
DEWITT M. LACY
K. CHIKE ODIWE
Attorney for Plaintiffs
CIARRA PARKER-LILES and MARQUITA FIGURES

Dated: June 29, 2020

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: *__/s/ John B. Robinson__*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
JOHN B. ROBINSON
Attorneys for Defendants
STEVEN GARCIA and SHANE RAFTERY

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**ORDER**

GOOD CAUSE APPEARING, the trial date set for August 14, 2020, is hereby vacated and continued to October 5, 2020, at 9:00 a.m., in Department 25 of the above-entitled Court, and a final pretrial conference is set for September 8, 2020, at 10:00 a.m., in Department 25 of the above-entitled Court. The joint pretrial statement, exhibit list, witness list, trial briefs, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms are due no later than August 10, 2020.

Additionally, oppositions to motions in limine, objections to proposed voir dire, and objections to proposed jury instructions shall be filed no later than August 24, 2020.

IT IS SO ORDERED.

Dated: July 1, 2020

/894.joint stip

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE