UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARRA PARKER-LILES, et al., | No. 2:15-cv-00894-KJN |
| Plaintiffs, | ORDER |
| v. | |
| STEVEN GARCIA, et al., | |
| Defendants. | |

On August 20, 2020, the court held an informal status conference in this case, and in accordance with the parties' input and the discussion at that conference now ORDERS:

1. By August 28, 2020, the parties shall confer regarding additional settlement discussions, and whether they jointly believe a further settlement conference may be beneficial;

2. By September 10, 2020, the parties shall file a brief joint status report, addressing:  the possibility of further settlement discussions; the status of the case in light of plaintiff Parker-Liles settlement (and when the documentation of her settlement will be concluded); an estimated trial length; whether all parties would consent to a bench trial; potential trial dates after January 1, 2021; the parties' position on bifurcation; whether the parties have reached agreement on any of the already filed motions in limine; and any other relevant matters.

3. The current trial date and all associated deadlines (ECF No. 62) are VACATED; and

4. Given the above, all motions in limine (ECF Nos. 68, 75) are DENIED WITHOUT PREJUDICE, subject to renewal.

5. The court will schedule a further status conference after the parties' joint submission and when the court has a better idea of when this case may be able to proceed to trial.

Dated: August 20, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

park.894

2