UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARRA PARKER-LILES, et al., | No. 2:15–cv–894–KJN |
| Plaintiffs, | ORDER |
| v. | |
| STEVEN GARCIA, et al., | |
| Defendants. | |

On August 21, 2020, the court vacated all pending dates in this case. (ECF No. 79.) The court further ordered the parties to confer on additional settlement discussions and submit a joint status report by September 10. (Id.) On September 11, counsel for defendant emailed the courtroom deputy to say there was no need for another settlement conference, and that the parties would submit their agreed-upon trial date in a week. Since then, nothing has been filed.

The court now ORDERS that, by October 19, 2020, the parties shall submit a joint statement outlining their agreed-upon trial schedule and associated dates (proposed pre-trial conference date, proposed deadlines for refiling any motions in limine, and the like). Based on this filing, the court will reissue its scheduling order.

Dated: October 6, 2020

park.894

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1