DeWITT M. LACY, Esq. (SBN 258789)
CHIKE ODIWE, Esq. (SBN 315109)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
CIARRA PARKER-LILES

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
STEVEN GARCIA and SHANE RAFTERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| CIARRA PARKER-LILES, an individual; MARQUITA FIGURES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN GARCIA, individually and in his capacity as an officer for the Fairfield Police Department; SHANE RAFTERY, individually and in his capacity as an officer for the Fairfield Police Department; DOES, 1-10, inclusive, individually and in their capacities as officers for the Fairfield Police Department, | Case No.: 2:15-cv-00894-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF CIARRA PARKER-LILES**<br><br>Hon. Kendall J. Newman |

| | |
|---|---|
| 1 | Defendants. |
| 2 | |

PLEASE TAKE NOTICE THAT IT IS HEREBY STIPULATED by and between counsel for Plaintiff CIARRA PARKER-LILES by and through her attorneys DeWitt Lacey and Chike Odiwe, and Defendants STEVEN GARCIA and SHANE RAFTERY, by and through their attorneys, Kevin Allen and John Robinson, that the above-captioned action be dismissed with prejudice as to Plaintiff CIARRA PARKER-LILES only pursuant to Fed. R. Civ. P. 41(a). The parties are responsible for their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: June 18, 2021

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
KEVIN P. ALLEN
JOHN B. ROBINSON
Attorneys for Defendants
STEVEN GARCIA and SHANE RAFTERY

Dated: June 18, 2021

LAW OFFICES OF JOHN BURRIS

By: */s/ DeWitt Lacy*
DEWITT LACY
CHIKE ODIWE
Attorneys for Plaintiff
CIARRA PARKER-LILES

392409.1

# ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to Plaintiff CIARRA PARKER-LILES only, with each party to bear its own costs and attorney's fees.

Further, the Clerk of the Court is directed to update the caption in this case to reflect Parker-Liles's exit from the case.

Dated: June 25, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, figu.894